IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GRANDMA'S HOUSE CHILD CARE, LLC AMANDA TATUM, DOUGLAS COATS and STELLA SUE COATS<br><br>    Plaintiffs<br><br>vs.<br><br>WESTERN WORLD INSURANCE GROUP, INC.<br><br>    Defendant. | § § § § § § § § § § § § | Civil Action no: 5:20-cv-240 |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Western World Insurance Company, incorrectly named herein as "Western World Insurance Group, Inc.," files this Notice of Removal.

1. Plaintiff Grandma's House Child Care, LLC is now and at the time suit was filed was a citizen of the State of Texas. (Appendix page 015, ¶3.)

2. Plaintiff Amanda Tatum is now and at the time suit was filed was a citizen of the State of Texas. (Appendix page 015, ¶4.)

3. Plaintiff Douglas Coats is now and at the time suit was filed was a citizen of the State of Texas. (Appendix page 016, ¶5.)

4. Plaintiff Stella Sue Coats is now and at the time suit was filed was a citizen of the State of Texas. (Appendix page 016, ¶6.)

5. Intervener Elizabeth Wong, as parent and next friend of M.J. a minor child, is now and at the time suit was filed was a citizen of the State of Texas. (Appendix page 006, ¶3.)

6. Defendant Western World Insurance Company is now a corporation incorporated in the State of New Hampshire and with its principal place of business in New Jersey, and at the

time suit was filed was a corporation incorporated in the State of New Hampshire and with its principal place of business in New Jersey. (Appendix page 024.)

7. Because Plaintiff is now and was a citizen of Texas when suit was filed, and because Defendant Western World is now and was at the time suit was filed a citizen of New Hampshire and New Jersey, complete diversity of citizenship exists among the parties.

8. Defendant Western World files this Notice of Removal within 30 days of the date that the Defendant was notified of service of the suit. (See Appendix page 011.)

9. The amount in controversy exceeds $75,000.00, exclusive of interests and costs. (See Appendix page 015, ¶2.)

10. Because complete diversity of citizenship exists among the parties, and because the amount in controversy exceeds $75,000.00 exclusive of interests and costs, this action is removable under 28 U.S.C. §§ 1332 and 1441.

11. Venue is proper in the present Court pursuant to 28 U.S.C. 1441(a), because the U.S. District Court for the Western District of Texas, San Antonio Division, embraces the 81st/218th District Court, Wilson County Texas, where the State Court Action was originally filed and where the alleged loss occurred.

12. True and correct copies of the state court filings to date are attached to this Notice. (See Appendix pages 001 - 023.)

## CONCLUSION

By this Notice of Removal, Defendant does not waive any objections it may have as to service, jurisdiction or venue or any other defenses or objections it may have to this action, except as expressly herein admitted, and Western World expressly reserves all defenses, motions and pleas.

Respectfully submitted,

By:     *s/Robert G. Hogue*
Robert G. Hogue
State Bar No. 09811050
ROBERT G. HOGUE, P.C.
Highland Park Place
4514 Cole Avenue, Suite 600
Dallas, Texas 75205-4193
Phone: (214) 559-7107
Fax: (214) 559-7101
email: robhogue@msn.com

COUNSEL FOR DEFENDANT
WESTERN WORLD INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2020, the foregoing document was served on counsel of record for the parties as follows:

| | |
|---|---|
| Mr. Nohl Bryant<br>Bryant Law, PC<br>111 Olmos Dr.<br>San Antonio, Texas 78212<br>nohl.bryant@bryantlawpc.com | Via e-service |

COUNSEL FOR PLAINTIFFS

| | |
|---|---|
| Jerry A. Gibson<br>Stanley Bernstein<br>George LeGrand<br>LeGrand & Bernstein<br>2511 North St. Mary's Street<br>San Antonio, Texas 78212 | Via e-service |

COUNSEL FOR INTERVENERS

By:     *s/Robert G. Hogue*
Robert G. Hogue